IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0109-CG-N |
| Two parcels of Real Property and all improvements thereon known as 15325 Hutto Road, Citronelle, Alabama, | ) |
| Defendant. | ) |

## FINAL JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, the United States' Motion for Order and Judgment of Forfeiture (Doc. 7) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

The defendant, Two parcels of Real Property and all improvements thereon known 15325 Hutto Road, Citronelle, Alabama, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 5th day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE